UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

2 # 290961

IN RE:
AARON E. ROBERTS

CASE NO.    10-24094-BKC-AJC

CHAPTER 13

MAY 2 6 2011

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 4,247.10 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $     .00    remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date:    MAY 2 5 2011

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

AARON E. ROBERTS
2959 NW 156 ST
OPA LOCKA, FL 33054

JOHNNY KINCAIDE, ESQUIRE
2625 WESTON ROAD
WESTON, FL 33331

DEUTSCHE BANK
POB 949
ORANGE, CA 92856

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                  CASE NO.   10-24094-BKC-AJC
AARON E. ROBERTS

CHAPTER 13

AARON E. ROBERTS

2959 NW 156 ST
OPA LOCKA, FL 33054


JOHNNY KINCAIDE, ESQUIRE
2625 WESTON ROAD
WESTON, FL 33331


DEUTSCHE BANK                  --------$      4,247.10
POB 949
ORANGE, CA 92856
                                              UNDELIVERABLE/STALE
                                              CLAIM REGISTER# 0

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130